# RAMIREZ v. INDIANA

No. 84–5059.   Argued March 19, 1985—Decided April 1, 1985

*Kenneth F. Ripple,* by appointment of the Court, 469 U. S. 1015, argued the cause for petitioner.   With him on the briefs were *David T. Link, Douglas W. Kenyon, Mollie A. Murphy,* and *Richard S. Myers.*

*William E. Daily,* Deputy Attorney General of Indiana, argued the cause for respondent.   With him on the brief were *Linley E. Pearson,* Attorney General, and *Lisa M. Paunicka,* Deputy Attorney General.

PER CURIAM.

The judgment is affirmed by an equally divided Court.

JUSTICE POWELL took no part in the decision of this case.